NO. _____

# In The United State Court of Appeal for the Fifth Circuit

---

### IN RE: VAN THI-HANH TRINH [1],

Petitioner

vs.

JP MORGAN CHASE BANK N.A. ("CHASE"),

Respondent



U S COURT OF APPEALS
RECEIVED
OCT 07 2025
FIFTH CIRCUIT

---

## ON PETITION FOR A WRIT OF MANDAMUS
## TO THE U. S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
## NOS. CIVIL ACTION NO. 4:24-CV-01230, JUDGE ALFRED H. BENNETT

---

# PETITION FOR WRIT OF MANDAMUS

---

## PETITIONER: VAN THI-HANH TRINH, PRO SE (TEMPORARILY)

MAILING ADDRESS: 16903 HIMLEY DRIVE, CYPRESS, TEXAS 77433

---

[1] I, Petitioner is an U.S. Citizen, a resident of Texas, resided at my homestead located at, 16903 Himley Drive, Cypress, TX 77433 since November 2016. I am a victim of identity theft, massive fraud and crime-- being used as a lab-rat **ILLEGALLY**, for bio-engineering experimentation on neuroscience/ neuroweapon abusively since 2019, by the perpetrators due to the racketeer corruption, a source core for Civil Action No. 4:24-cv-01231, intrinsically linked to this Civil Action and 4:24-cv-01230. In which also consisted relevant factor to the C.I.A.; the Department of Public Safety's Criminal Investigation Division Agent, Tarishel West stated that, "only CIA can help" me. I become a target for the perpetrator's "human hunting businesses", being blocked from obtaining the true medical services, wrongfully arrested, deported to mental facility "prison" for a continuation of abuses to injecting illegal drug into Petitioner's left arm & device into left breast, **on the top of already "hi-jacked"/ abused my eyeballs/ invaded my privacy, chipped my ears**, etc.. Consequently, I have been suffering with a handful of health issues, especially a Congestive Health Failure Stage 4 remains untreated as of present. On the top of that, I was constantly being electromagnetic harassed and tortured, regardless their ongoing abuses have been aggravating more damages to the Congestive Health Failure, damaged my heart's electrical & neurological systems, etc.. As a result, I was 24/7 monitoring/surveilling via neuroscience device in my body, numerous phone lines & emails being compromised—one after another, U.S. Postal mails also being compromised/ defrauded... Additionally, I constantly being retaliated and abused when seeking for the legal assistances, being blocked from communicating with the attorneys, blocked from obtaining online resources for the Victim of Crime/on how to create petition/ how to conduct Federal Tort Claim Act, being fed with fraud web content, fraud attorney's websites, and fraud attorney's responses, etc.. Therefore, all legal communications, presentations are required to be conducted in-person, or via Certified Mail with Restrict Delivery/Returned Receipt, with Petitioner's Driver License & signature is required upon receiving.

## I.    STATEMENT REGARDING ORAL ARGUMENT

1.        Petitioner respectfully request oral argument. This case involves **28 U.S.C § 1332 – Diversity, and the important questions under the Due Process Clause of the Constitution**[2], in relation to the violations of various federal offenses[3], which was invoked during the alleged criminal acts, such as: 18 U.S.C § 157 – Bankruptcy Fraud; Loss Mitigation Procedure, and the Truth In Lending Act (TILA); 18 U.S.C § 1028 - Fraud and related activity in connection with identification documents, authentication features; 18 U.S.C. § 1513 - Retaliating against a witness, victim, or an informant; 18 U.S.C. §1341 - Elements of Mail Fraud; 18 U.S.C § 1030 - Fraud and related activity in connection with computers; U.S.C § 1005 § 1006 - Bank entries, reports and transactions frauds, etc. **—to wit, can a federal agency indefinitely evade the federal court review of an in-house administrative adjudication, consisted the potential/ intentional judicial defects, frauds on court, the corruption along with a massive frauds inside JP Morgan Chase Bank N.A., by simply refusing to adjudicate Petitioner's case with a remanding order**, to the District Court of Harris County, Texas—who has involved in Petitioner's case, engaged in the Judicial Misconducts leading to the Obstruction of Justice?

2.        The oral argument will aid the Court in understanding the inner workings of the adjudication machinery[4] at the District Court of the Harris County, TX, as well as the U.S. District Court for Southern District of Texas, on handling Petitioner's cases. Whereas it was **willfully as conscious and recklessly ignored the laws, and has gone in flouting their own rules, and evading its constitutional and statutory duty to adjudicate Petitioner's case, which derived from an Intentional Torts, invoked the 28 U.S.C. § 1346 – Federal Tort Claim Act and the White Color Crime**. Consequently, Petitioner's cases aggravated more damages, also invoked the ongoing of the Arbitration and various federal offenses, such as: ongoing Criminal Trespass; 18 U.S.C § 157 – Bankruptcy Fraud; Loss Mitigation Procedure, and the Truth In Lending Act (TILA); U.S.C § 1005 § 1006 - Bank entries, reports and transactions frauds; 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law; 18 U.S.C. §1341 - Elements of Mail Fraud; 18 U.S.C § 1030 -

---

[2]  Due Process (or Due Process of Law) – concept in the Fifth Amendment of the U.S. Constitution, which says no one shall be **"deprived of life, liberty or property without due process of law"** by the federal government. The Fourteenth Amendment, ratified in 1868, uses the same eleven words, called the "Due Process Clause," to extend this obligation to the states. These words have as their central promise an assurance that all levels of American Government must operate within the law ("legality") and provide fair procedures.

[3]  Petitioner has exhausted all of the local law enforcement, including the FBI, the United State Secret Service, etc., whereas Petitioner's civil case has turned into the criminal. Additionally, the Department of Public Safety (DPS) Chief was once had advised Petitioner to also seek for help from a civil attorney. Petitioner has been actively tried and would not ever give up on finding attorney, and will continue searching, especially about a couple more weeks after school started, Petitioner had plan to reach out to the law students at the universities to assisting Petitioner.

[4]  Adjudication machinery refers to the system and processes established to resolve the disputes through a formal legal process, often involving a judge or other designated authority.

Fraud and related activity in connection with computers; 18 U.S.C § 1028 - Fraud and related activity in connection with identification documents, authentication features; 18 U.S.C. § 2017 – Concealment, removal or mutilation; 18 U.S.C. § 1519 - Destruction, alteration, or falsification of records; 18 U.S.C. § 371 – Conspiracy Against Rights; 18 U.S.C. § 373 – Illegal Solicitation; **and the Federal Torts Claim Acts, effectuating a civil matter turned into the criminals**. The actions were not only corrupted and recklessly abused their authorities, including **inducing multiple platforms within the Court Electronic Systems to house the different versions of legal documents, not only defrauded Petitioner, retaliated, and blocked Petitioner from obtaining the legal helps from the counsel, but also defrauded the Judges, defrauded the Justice System of the United States, whereas such outrageous misconducts is the "Criminal Offense".**

## II.    STATEMENT OF RELIEF SOUGHT

**3.**    Firstly, Petitioners seeks a writ of mandamus that compels the U.S. District Judge **to vacate his opinions and judgments on remanding Petitioner's case to the state District Court of Harris County, Texas**. As a result, Petitioner's case involved Diversity, especially through the described above, the Harris County's District Court also involved in Petitioner's causes, also has altered Petitioner's Property Deed, wrongfully seized Petitioner's homestead, swapped Petitioner's petition, motion, exhibit, and affidavit, that deliberately induced a fraud on courts matters.

**4.**    Secondly, Petitioners seeks a writ of mandamus to **have Petitioner's case to be reopened/ reinstated extend discoveries (exhibit #  _1_  )**, that Petitioner has described within Petitioner's motion requesting for re-open/ re-instate... In which Petitioner also filed a second Amended Petition to line up with the Federal Civil Procedure book, Document No. _____ **(exhibit #  _2_  )** [5].

**5.**    Thirdly, Petitioners seeks a writ of mandamus that compels the U.S. District Judge to grant **Petitioner's motion for recusal—assigning Petitioner's case to a non-African American Judge, outside of Judge Bennett's authority. As a result, there was also a fraud on court matter and favoritism has been occurred to Petitioner's case.**

**6.**    Fourth, the writ should enforce to **direct the U.S. District Judge to issue an** EX-PARTE Order the JP Morgan Chase Bank to: **(a)** stop fraudulently filed "foreclosure/bankruptcy" against Petitioner's homestead; as well as **(b)** stop conspired with some attorney, named Kendal Yow, from QSLWM,

---

[5] Whereas, Petitioner has been trying to find a counsel to replead the petition to enclose the basic in law and fact to serve the Defendant, to also seeking redress for damages caused during the allege criminal acts.

www.qslwm.com Bryan Tower * 2001 Bryan St. Suite 1800 Dallas, TX 75201, Phone: 214.871.2100, Fax: 214.871.2111 to defraud Petitioner's home mortgage, trying to steal Petitioner's ~ $1,000,000.00 homestead in value. Especially, to have Chase being aware of its insider fraud and the internal affairs, as well as a massive frauds have been occurring to Petitioner, to prevent further damages, by rectify their internal affairs and grant Petitioner's injunctive reliefs that Petitioner sought for within the above mentioned Second Amended Petition, filed ~~on September~~ _by October_ _10_, 2025, Document No. _____ under section _VIII_ : the INJUNCTIVE RELIEFS, listed on item # _124_, bullet # ___a___ to ___e___ ( pages # _19_ _exhibit # 2_ ). **ESPECIALLY THE WRIT SHOULD ORDER CHASE TO: (a)** properly record petitioner's current approved Mortgage Assistance Forbearance Plan to the Chase's Home Lending System according to the laws; as well as **(b)** consider to extending Petitioner's approved Mortgage Assistances Forbearance Plan (approval on January 2025), for an addition of 12 to 24 months or as far as Chase can allowed to assist Petitioner's current special situation. This requested extension of time is mainly allowed Petitioner to stabilize Petitioner's current Congestive Heart Failure, receive treatment, and recover to go back to the workforce, as well as resolving this claim against Chase.

7.      Fifthly, the writ should direct the U.S. District Court to provide **Petitioner a Jury Trial, to be set for 60 days from the date of this Court's issuance of the writ** [6]. Additionally, Petitioner also seeks U.S. District Court to issue the subpoenas for those individuals, organizations, business entities who involved in Petitioner's case, that Petitioner has been seeking for, aiming to assist Petitioner to resolve the case, in its administrative proceeding **within a fixed period of not more than 30 days from the date of this Court's issuance of the writ**. As a result, these individuals and business entities involved in the illegal solicitations, and conspiracy against rights, to support the perpetrators/ racketeer corruption on continuing abuse Petitioner's identity of the second Social Security Number, opened a Chase's checking account and link to Petitioner's mortgage to defrauded Petitioner as of present. While Chase's insider fraud in some Escalation Department refused to release a detail audit trail log of Petitioner's mortgage account.

## III.    ISSUES PRESENTED & RECUSAL/ CHANGE JUDGE

8.      When a national bank institution, JP Morgan Chase Bank N.A. **(a)** breached the contract, engaged in the illegal acts, such as: **(b) involved in misused of Petitioner's identity, and repeatedly and fraudulent filed "foreclosure/bankruptcy" against Petitioner's home mortgage, (c)** setting Petitioner up for

---

[6]  A former attorney Tammy Tran firstly filed the petition in July 2022, has been requested for a Jury Trial.

committing a federal crime of a $10,000.00 forgery withdrawal claim, **(d) engaged in the illegal solicitation with the perpetrators, to fraudulently recorded Petitioner was die, (e) resulted dozen of Petitioner's mortgage payment bounce back with "fatal" message,** including blocked Petitioner from making mortgage payments to purposely placed Petitioner's homestead on foreclosure stage, **(f)** conspired with the perpetrators to trespass into Petitioner's home, and open Petitioner's home to show to the potential buyers, **(g)** fraudulently sold Petitioner's homestead, whereabouts all were derived from Petitioner was being used as a lab-rat, invoked the Federal Tort Claim Act (FTCA),  among other federal offenses that mentioned above. Especially, Chase insider fraud also conspired with the perpetrators brought in some attorney named, Kendal Yow, to fraudulently representing Petitioner to not only defrauded Petitioner, but also defrauded the Justice System of the United States, etc., **at what point does the U.S. District Court for Southern District of Texas acquires exclusive jurisdiction over the contempt illegal actions, to stop a national bank institution—a mortgage lender from engaging in the illegal acts, mortgage/financial fraud transactions which defrauded its borrower—an innocent citizen?** In addition, in 2023 Chase also engaged in the judicial misconduct, by having their "Outside Counsel", Ms. Farrah Najmuddin Lang conspired with the judicial personnel, engaged in the illegal solicitation with the perpetrators/ racketeer corruption to abuse the United State Postal System, to purposely seeking District Judge to dismiss JP Morgan Chase Bank from Petitioner's cause, while Chase was hold accountable to its employee's outrageous acts, etc.. All of these matters were willfully as conscious and recklessly conducted to mainly not only defraud Petitioner, but to defraud the Justice System of the United States were all federal offenses, and the acts of "obstruction of justice".

9.    **Is U.S. District Court remanding order implicated a denying Petitioner's rights to due Process Of Law under the Fifth Amendment, to a jury trial under the Seventh Amendment, and to a fair and prompt decision under the APA, by willfully refusing to review the "true facts" and Petitioner's reasonable requests, to provide Petitioner with a fair adjudication in its administrative enforcement proceedings?** Thereby kept remanding Petitioner's case, followed with **terminated Petitioner's case internally,** to unlawfully preventing Petitioner from seeking a judicial review in the Court, for the criminal acts to also be the subjects of **Petitioner's civil case and its aggravation of damages in relation to the Federal Tort transitioned into criminal,** to allow Petitioner seeking redress for the damages of $3,111,000.00 that caused during the alleged criminal acts?

10.    May the U.S. District Court of Appeal for the Fifth Circuit consider **a wrongful or the "intentional**

judicial defected" remanding order of the U.S. District Judge, a ruling that evolved an arbitration and abuse of discretion, resulted from a personal injury and a White Color Crime case[7], a Federal Intentional Torts/ Gross Negligence transitions into the criminal; in which was involved numerous judicial officers, and if so, under what circumstances?

**11.    Or with all due to respect, could it appeared that, U.S. District Court staff have some prejudice against Petitioner, an Asian Minority Pro-Se Litigant who has an English language barrier and lacking knowledge in the laws, and treated Petitioner like a "Second Class Citizen", racial discriminated against Petitioner, like it has been occurred to Petitioner at the District Court of Harris County, Texas?**

12.    Problematically, Petitioner's court service matters were mostly arranged for handling by African American Court Clerks. On the top of Petitioner's case number assignment was fraudulently created with 4:24-cv-01230, as well as an intrinsically linked case, 4:24-cv-01231 both was constructed in the "dark back-end" * of the U.S. District Court System, to mainly support the fraud scheme of the perpetrators/ racketeer corruption within the U.S. Court Database, as a result, these 2 particular Civil Action Numbers had already assigned to a previous case in the past. In which was not lined up with the guidelines of the U.S. District Court's case management system of the Civil Administrative, that Petitioner learned from the National Library of Congress, whereas each Civil Action No. must be uniquely created across the U.S. District Court System of the United States of America.

## A. RECUSAL U.S. DISTRICT JUDGE REQUEST [8]

13.    Or with all due respect, U.S. District Court purposely created Petitioner's case assignment numbers with a fraud number or on a fraud system of the perpetrator/racketeer corruption, and assigned Petitioner's case to Judge Bennett, as well as its intrinsically linked case: 4:24-cv-01231 assigned to Judge, George Hank, both are African American Judges for a purpose of easily gaining favoritism to support about 95% of the African American perpetrators/ racketeer corruption involved in Petitioner's case, including those involved in lab-ratting Petitioner, "hi-jacking"/ abusing Petitioner's eyeballs to access Petitioner's

---

[7] Around November 2023, Petitioner reached out to the U.S. Marshall for assistances with the related matters, U.S. Investigator identified to Petitioner that all of these mortgage, fraud financial transaction, identity theft, etc. that Petitioner has been experienced are the White Color Crime, and advised Petitioner to promptly working with FBI to get the matter resolved, because Congress did not give U.S. Marshall jurisdiction over Petitioner's matters.

[8] This item and the next 4 subsequent items were not mean to use for prosecuting the Defendant, Chase, it has been prosecuted within Civil Action No. 4:24-cv-01231, an intrinsically linked to this case. Petitioner would like to documented aiming to seek the Court seeing through the broad schema of the perpetrators/ racketeer corruptions, in relation to the Defendant, Chase who engaged in the perpetrator's illegal solicitation and conspiracy against rights on abusing Petitioner.

view, chipping Petitioner's ears, invading Petitioner's privacy, etc.?

**14.** **If so, should the Court of Appeal issue a Writ of Mandamus that compels the U.S. District Judge to (a) re-created Petitioner's case assignment on the "REAL" U.S. District Court System of the United States, (b) especially also grant Petitioner's motion for recusal—assigning Petitioner case to a non-African American Judge, outside of his authority?**

**15.**    As a result, whereas about 95% of them who have been abusing Petitioner in the past more than 5 years, including: "hi-jacking"/ abusing Petitioner's eyeballs, chipping Petitioner's ears, denying Petitioner for the urgent medical service when Petitioner was suffered with a non-stopped bleeding disordered, setting Petitioner up for committing a federal crime of a $10,000.00 forgery withdraw claim, abusing Petitioner's home mortgage, abusing Petitioner's identity at the Social Security Administration, driving a 17 FT uHaul truck to struck Petitioner's car while Petitioner was parked and waited for the red light, involving in sexually assaults against Petitioner, abusing Petitioner's dependent—Plaintiff's Dad, etc. were African American.

**16.**    Most importantly, there was numerous African American Judicial officers at the District Court have engaged in the illegal acts on abusing Petitioner, including Petitioner was often been yelled at by African American District Court Lead Clerk unreasonably, **African American Bailiff let the Defendant's White Caucasian attorney entered the Court Room early, but did not let Petitioner, a Pro-Se Litigant, was an act of racially discriminated against Petitioner, who's an Asian Minority,** pursuant to 42 U.S.C. § 2000d Prohibition Discrimination on Basic of Race, Color, or National Origin. Furthermore, when Petitioner follow up with Petitioner's sexual assault report, Petitioner was indirectly discriminated by another African American HPD Police Officer—the same HPD Officer who took Petitioner's report about 2 weeks prior, who ordered another officer to have Petitioner seat on the hallway, next to the door, not allowed Petitioner to enter the police station's lobby like others, was also an act of racially discriminate against Petitioner.

**17.**    Additionally, Petitioner **was still influenced by the trauma effects of being incarcerated and abused by African American abusers for about one half of a decade, and their ongoing incarceration and abuses up until present.** Especially those involved in repeatedly chipping Petitioner's ears, "hi-jacking"/ abusing Petitioner's eyeballs, so that they can access Petitioner's views, invading Petitioner's privacy, especially their non-stopping trespassing, using the WIFI surveillance devices inside Petitioner's car and home to cyber-incarcerate—cybercrime attack, cyber-bully, compromising Petitioner's phone and

using it for their radar, to support their "human hunting business", on distributing Petitioner's location to their predators to hunting Petitioner at the stores, hotels, libraries, etc. like hunting animal, to Electromagnetic Harass & Torture Petitioner, especially blocked Petitioner from igniting Petitioner's car to purposely straining Petitioner inside the garages for hours, including in the rain with the windows rolled down when Petitioner get out from an attorney's office, straining Petitioner at the Human & Health Service headquarter for more than 5 hours without food nor drink, etc., were criminal and an act of retaliation, **pursuant to 18 U.S.C. § 1513 - Retaliating against a witness, victim, or an informant** [9].

**18.**    With the described above, the concrete pattern of similar avoidance of the adjudication from the civil wrongs of a massive financial & mortgage fraud, including **misusing Petitioner's identity & fraudulently filing "foreclosure/bankruptcy..." against Petitioner's home mortgage, a federal offense pursuant to 18 U.S.C. § 157 - Bankruptcy Fraud, has been incurred during the alleged crime, was also ignored by U.S. District Judge Bennett, by ordering to remand Petitioner's case** back to the State District Court in 2024. Following with terminating Petitioner's case internally within the U.S. Court Database, **regardless Petitioner addressed the matter of Petitioner was fraudulent filed as a deceased person to support a financial fraud scheme of the perpetrators/racketeer corruption, resulted about a dozen of Petitioner's mortgage payments bounced back with "fatal" message.** In which has also led to the aggravation of damages occurred again in 2025, in relation to the massive fraud, invoking the White Color Crime. **Whereas these matters circumvented that, there was an existence of arbitration, abused discretion, racially favoritism and unreasonable agency decision involved in Petitioner's case for remanding.**

**19.**    Meanwhile, the United States District Judge Alfred Bennett's kept remanding Petitioner's case to the State Court, including terminated Petitioner's case in May 2024 internally without notify Petitioner, for one of the reasons of Petitioner was improper move, and "delusional disordered, psychosis...." when Petitioner claimed that Petitioner was being used as a lab-rat (**exhibit # _____** ). Especially **defaming Petitioner having "mental illness" in such regards and context, is an excuse for a Massive Civil Wrongs** because if Petitioner is truly have "mental illness, delusional disordered, psychosis, mental health consumer person...", there would be **NO NEED** to block Petitioner from communicating with Petitioner's former attorney; there would be **NO NEED** to compromised numerous of Petitioner's phones and emails— one after another; **NO NEED** to arrange to have cars, trucks to struck Petitioner at least 5 attempts since

---

[9] Whereas Petitioner has prosecuted within Civil Action No. 4:24-cv-01231.

June 2021. Especially, there would be **NO NEED** to block Petitioner from obtaining online resources on how to create petition, or on how to conduct a Federal Tort Claim Act, especially **NO NEED** to blocked Petitioner from obtaining the article of Human Rights from President Harry Truman, etc..

20.    **Most importantly, Petitioner still under the trauma effects of those brutal, in-humanity of these 95% of these African American abusers, including those animal men who involved in "hijacking"/ abusing Petitioner's eyeballs, invading Petitioner's privacy,** hacking into every single security cameras Petitioner installed at home, and constantly abusing the microchips in Petitioner's body Petitioner/ abusing Petitioner's brain, to using the neuroscience experimentation program to cyber-stalking & physical stalking right on the back of Petitioner's home, especially involving rape Petitioner since 2021, 2022, and about the first quarter of 2023 with often leave bruises on Petitioner's upper thighs and upper arms, etc.. Psychologically, Petitioner would have certain effects and unable to defend myself in Court, or could see that Petitioner could be granted with a fair justice for the case. Whereas, the Fifth Circuit Court has jurisdiction over this action. Therefore, Petitioner herein is also seeking for a recusal, changed Petitioner's case to a non-African American Judge.

## B. ADDITIONAL FACTORS FOR NOT REMANDING

21.    In addition, from the beginning within a very first motion of removal filed on _____ (**exhibit #** __3__ ), Petitioner has sought for an extension of time to seeking for counsel, as a result Petitioner was aware that Petitioner has an English language barrier, and lacking knowledge in the laws, especially Petitioner was constantly being cybercrime-attacked, cyber-bullied, retaliated and abused by the perpetrators/racketeer corruption, when Petitioner seeks for the legal services, being fed with fraud legal content, fraud attorney's websites, fraud attorney's responses, including being blocked from obtaining online resources on how to create petition, how to conduct the Federal Tort Claim Act, etc.. With the described difficulties, Petitioner has sought for a continuation on extension of time to seeking for counsel to replead the motion of removal, documented on page # _____, but Petitioner's case still being remanded to the State District Court without a proper consideration (**exhibit #** __4__ ).

22.    Following that, on about June 2024, when Petitioner started to get sick with an "unknown/man-made virus"[10] attacking only Petitioner's two feet and left hand spreading upward, on the top of some blood

---

[10]  Through the recent discoveries in late 2024, they're nanobots—man made virus to abuse lab-rat victim using the beacon signal, operating via live signals/Electromagnetic Frequencies via Satellite / Cellular Towel, which caused the effects for victim to first experience with tingling, itchy sensation, following with burning, inflaming, etc..

poisoning from metals, a result of being used as a lab-rat **illegally**, Petitioner has also sought the Court for a continuance of an extension of time due to medical reason (**exhibit #** _5_ )... However, none of Petitioner requests were properly reviewed for a consideration base on the "true facts" that Petitioner has filed myself in-person, instead U.S. District Judge once again remanded Petitioner case back to the District Court (**exhibit #** _6_ ).

**23.**     Regardless, Petitioner has also addressed the misconducts of District Court staffs provided Petitioner false information, arbitrary and fraudulently withheld Petitioner serving citations, **especially letting the Defendant's White Caucasian attorney entered the Court room early but did not let Petition—a Pro-Se Litigant, was an act of racially discriminated against Petitioner because Petitioner is an Asian Minority**, pursuant to 42 U.S.C. § 2000d Prohibition Discrimination on Basic of Race, Color, or National Origin.

**24.**     Followed with while Petitioner was instructed by the Associate Clerk to wait for the Lead Clerk to providing a hearing for a continuance, an extension of time allowing FBI investigate the judicial misconduct/ frauds on court matters occurred to Petitioner at the District Court. District Court Bailiff came and escorted Petitioner out of the Court Lobby, and told Petitioner "not to come back". This outrageous judicial misconduct **was not only evolved an arbitration and abuse of discretion,** but it's also invoked the retaliation.

**25.**     With the typical described above among many others outrageous misconducts have been occurred to Petitioner across the multiple District Judicial Courts, the matters have been clearly **effectuating a civil case transitioned into the criminal during the alleged crime, leading to Petitioner being suffered with a handful of health issues, including an irreparable damage of some Heart Failure Stage 4 remains untreated as of present, and some blood poisoning that killed a mosquito (exhibit #** _7_ **), etc..** Furthermore, the actions were not only supported the state District Court's corruption and recklessly abusing the judicial authorities, on inducing multiple platforms, within the Court Electronic System to house the different versions of legal documents. This aimed not only defrauded Petitioner, retaliated, and blocked Petitioner from obtaining the legal helps from the counsels, but also defrauded the Judges, defrauded the Justice System of the United States, **whereas such outrageous misconducts invoked "Obstruction of Justice" matter is the "Criminal Offense".**

26.    [11] Furthermore, Petitioner was FRAUDULENLY subjected for flagging as a "scum of society", in order conceal the criminal acts of the corrupted organization, to allow the perpetrator to **use Petitioner as a lab-rat, is not by mistake like it's said, but by an intention**, an illegal solicitation and conspiracy against rights, to supply a massive fraud scheme of the perpetrators/racketeer corruptions to not only conduct a White Color Crime, but also to evolve their revenging of their ancestor being slaved in the pass—"Hate Crime". **Regardless their egos on abusing the innocent citizen have gone beyond the utmost impossibility of unethical matters, without any moral conduct, by repeatedly chipping Petitioner's ears, and "hi-jacked"/ abused Petitioner's eyeballs**, invaded Petitioner's privacy, **constantly electromagnetic harassing/ torturing, sexually assaulted against Petitioner throughout these years, to an extend leaving bruises on Petitioner's upper arms and upper thighs [12]**, etc.; whereas Petitioner has prosecuted within Civil Action No. 4:24-cv-01231.

27.    Furthermore, Petitioner was already in my 50s—an old age, who's not pretty nor attractive, but raping Petitioner about 2 weeks after Petitioner worked on prosecuting the matters of Petitioner's Dad being medically abused per the District Attorney Lieutenant advised, was not only a childish act of trying to internally break Petitioner physically, emotionally, mentally, spiritually to psychologically defeat Petitioner in Court, but also an act of retaliation, pursuant to 18 U.S.C. § 1513 - Retaliating against a witness, victim, or an informant[13].

28.    With all of the typical described above, Petitioner was still being defamed with having "mental illness, mental health consumer person…", when Petitioner reported the misconducts that the Chase's employees has been done to Petitioner, is an outrageous misconduct. Petitioner was supposed to die 25 years ago with a liver disease, similar to Petitioner's brother, but Petitioner was blessed with a life that Petitioner was not supposed to have is a blessing from God. Petitioner has become driven – living every day like Petitioner do not have tomorrow. **Petitioner has been beating ALL odds to survive for more than 25 years. That does not mean Petitioner has "mental illness, a mental health consumer person, delusional disordered, psychosis, ….", like District Judge as well as U.S. District Judge has commented within her order because there is a fine line between: (1) insanity and (2) resilience from**

---

[11] This item and the next 4 subsequent items were not mean to use for prosecuting the Defendant, Chase, it has been prosecuted within Civil Action No. 4:24-cv-01231, an intrinsically linked to this case. Petitioner would like to documented aiming to seek the Court seeing through the broad schema of the perpetrators/ racketeer corruptions, in relation to the Defendant, Chase who engaged in the perpetrator's illegal solicitation and conspiracy against rights on abusing Petitioner.

[12] Petitioner discovered these abuses in late 2024, whereas these incidents have been occurred to Petitioner since around 2021, 2022, to around the first quarter of 2023.

[13] Whereas Petitioner has prosecuted within Civil Action No. 4:24-cv-01231.

justice rolls righteousness.

**29.**    Additionally, defaming Petitioner in such contexts and situations of Petitioner reported the crimes, especially when Petitioner was very sick and reached out for urgent medical help, followed with being starved with no food nor drink for about 21 hours inside Emergency Room (ER), to mentally and psychologically attacking Petitioner, to purposely yielding a Certificate Of Need (CON), to deport Petitioner to the mental facility "prison", to also continue to lab-ratting Petitioner, to subject Petitioner's life for termination **is an excuse for a massive civil wrong**.

**30.**    Furthermore, if Petitioner truly has "mental illness", there would be **NO NEED** to block Petitioner from communicating with Petitioner's attorney; **NO NEED** to block Petitioner from obtaining online resources on how to created petition, how to conduct a Federal Tort Claim Act; **NO NEED** to compromise Petitioner's U.S. Postal Mail, numerous of Petitioner's phones (23) and emails—one after another. Especially, if Petitioner truly has "mental illness, delusional disordered, psychosis, ...", there would be **NO NEED** to wrongfully arrested Petitioner on March 10, 2025, on the same day I was supposed to receive a heart assessment result and heart failure treatment; **NO NEED** to conspire with Petitioner cardiologist's staff to violate the Medical Codes of Ethics, having Petitioner discharged **WRONGFULLY**, while Petitioner had abnormal nuclear stress test of "Abnormal anterior perfusion is noted to be fixed... abnormal apical perfusion is noted to be fixed, abnormal Cardiolite Nuclear Stress Test", as well as "Left/Right & external/ internal carotid shows intimal thickening,...", multiple abnormal EKGs, Bradi-Tachycardia Syndrome, etc..

**31.**    **May the U.S. District Court of Appeal for the Fifth Circuit consider a wrongful, or the "intentional judicial defected" remanding order of the U.S. District Judge,** a ruling on remanding Petitioner's case back to the District Court of Harris County, TX, that evolved an arbitration and abuse of discretion, resulted from personal injury case that involved the massive financial / mortgage frauds transitioned into a White Color Crime case, as well as an excuse of a massive civil wrongs for defaming Petitioner is having mental illness? **Especially, the perpetrator/racketeer corruption has also FRAUDULENTLY filed Petitioner as a deceased person,** coordinated with Chase insider fraud, blocked Petitioner from making the mortgage payments **REPEATEDLY**, to purposely place Petitioner's home mortgage on the foreclosure stage, to conduct a financial fraud on stealing Petitioner's homestead valued ~ $1,000,000.00 is criminal offenses. **In which also invoked the Gross Negligence of the public sectors and a national bank institution, JP Morgan Chase Bank N.A., a civil case transitioning into the criminal; in which was involved numerous judicial officers, and if so, under what circumstances?**

## IV.  REASONS THE WRIT SHOULD ISSUE

**32.**    It was proven that Petitioner's this Civil Action No. of 4:24-cv-01230 was constructed in the "dark back-end" * of the U.S. District Court System, to mainly support the massive fraud scheme of the perpetrators/ racketeer corruption within the U.S. Court Database, as a result this Civil Action No. 4:24-cv-01230 had already assigned to a previous case in the past. According the U.S. District Court's case management system of the Civil Administrative, each Civil Action No. must be unique across the U.S. District Court System of the United States of America.

**33.**    However, <u>this same Civil Action No. was then assigned to Petitioner on around April 2024, whereas it's not a judicial defect, but it was constructed intentional within a different database of the U.S. District Court, to purposely housed Petitioner's case on a separated system, away from a regular U.S. Citizen of the United States,</u> and it was managed and controlled by the racketeer corruption organization, in relation to Petitioner being used as a lab-rat—being **fraudulent** flagged as a "scum of society", and was being hunted, incarcerated and abused by the abusers/perpetrators, to support their human hunting business, money laundering fraud schemes in the past more than 5 years, including fraudulent cashed out about $30,000.00 of Petitioner's home equity, and defrauded Petitioner's home mortgage, etc.; therefore the writ should issue to rectify the problem.

**34.**    Most importantly, Petitioner's civil case remains unresolved to this day, <u>whereas it has been aggravated more damages and invoked numerous federal offenses, such as: Truth in Lending Act (TILA), Loss Mitigation Procedure, Destruction, alteration, or falsification of records, Bankruptcy Fraud, Bank entries, reports and transactions frauds, especially the Federal Tort Claim Act, ongoing incarcerations, and abuses—a continuation of using Petitioner as a lab-rat, in relation to the causes,</u> resulted Petitioner has been suffering with an irreparable damage of Heart Failure Stage 4, among other illnesses which remains untreated as of this day, September 25, 2025. Which were all due to the ongoing abuses of perpetrators/ racketeer corruptions, whereas this Court of Appeal have jurisdiction over the matters to issue Petitioner a Writ of Mandamus, to prevent further damages.

**35.**    Most importantly, there's an intrinsically linked between this case and Civil Action No. 4:24-cv-01997, and 4:24-cv-01231 whereas <u>its stakes escalate rapidly, and was no longer an allegation, nor just about seeking compensation, but it is also about defending against the potential criminal charges that could drastically impact Petitioner's life.</u> Typically, on the top of the previous 2 arranged car crashes

that involved at least 7 local law enforcements: Missouri Police Officer, and the Harris County Constable Deputies, Petitioner was tripled again being arranged for struck by three 18-Wheelers car crashes attempts in June 2025, one week after Petitioner filed a motion requested U.S. District Judge to re-open/re-instate Petitioner's case due to extended discoveries.

36.     These car crashes attempts were not just arranged to threaten Petitioner, but it was arranged to terminate Petitioner's life, whereas Petitioner was arranged to be struck close to the middle of these 18-Wheeler trucks on both incidents of June 17th on I10 East, and July 18, 2025 on Highway 290 East by a trucker of A&J Trucking Company, *U.S. DOT 186 6759, MC 719924, VIN: YLG 55548* Followed with, on June 22, 2025 Petitioner's tire was cut off by the perpetrator, to purposely subject for Petitioner to be struck by a third 18-Wheeler from Saddle Creek Trucking Company, Plate No. *UB5 2691 (290341)* U.S. DOT NO. *1196553 (TN Plate)*, on Highway 290 East when Petitioner heading back home to Cypress, TX from Austin, TX. This attempting car crash was also consisted relevant factors to the perpetrators, State Trooper and local police of Brenham, TX, Discount Tire, and State Farm Insurance.

37.     If it was not all, on July 30, 2025, a perpetrator member (Petitioner's next-door neighbor), Mr. Ezzy Yusuf, a Defendant of Civil Action No. 4:24-cv-01231[14], drove a Ford 150 Truck launched quickly onto Petitioner's lane-- at an opposite direction on the left lane, opposing to bare on his right lane, at the Neighborhood's circle drive, Big Willow Creek, approximately 270 FT from Petitioner's home, to purposely causing injure for Petitioner.

38.     Additionally, due to the intentional "judicial defects", **abuse and authority discretion of U.S. Judge Bennett on terminating Petitioner's case on** *May 2021*, **has indirectly supported the perpetrators/racketeer corruptions to expanded to a large fraud scheme.** Typically, in 2025 once again, the perpetrators conspired with Chase insider fraud attempted to stealing Petitioner's homestead, by bringing a counsel named, Kendal Yow from QSLWM, www.qslwm.com Bryan Tower * 2001 Bryan St. Suite 1800 Dallas, TX 75201, to **FRADULENTLY** represented Petitioner. Following with, these perpetrators then having the counsel coordinated with Chase's Assistant VP General Counsel in Home Lending, Mr. Ted Swiesichowki, processed the paid off quote on Petitioner's home mortgage, suppressed all communications Chase has been sent to Petitioner in real time, to purposely stealing Petitioner's homestead after Petitioner died from the current progression of untreated Heart Failure Stage 4. While these perpetrators behind the scene, coordinated with manipulate Petitioner medical records, abused

---

[14] An intrinsically linked to this Civil Action No. 4:24-cv-01230.

Petitioner inside multiple Emergency Rooms, purposely arrested Petitioner's on the same day Petitioner was supposed to receive the heart test assessment result and treatment, to purposely have Petitioner being discharged wrongfully from the cardiologist office.

39.     Their devious actions aimed to support their strategy of (1) lab-ratting Petitioner, (2) fraudulently filed "foreclosure/bankruptcy" defrauded Petitioner's home mortgage, (3) retaliated/ blocked Petitioner from seeking counsel to properly resolve the cause, (4) defrauding/ blocking Petitioner from receiving the medical treatment, (5) having Petitioner's life terminated, and (6) misused Petitioner's identity to conduct money laundering businesses,  to steal Petitioner's homestead afterward, etc.. **Therefore, a Writ of Mandamus should be issue, to stop further criminal activity, especially could jeopardize more damages to Petitioner's Congestive Heart Failure, subjecting Petitioner to fatal**.

40.     With the described above, **may U.S. District Court of Appeal for the Fifth Circuit consider Petitioner's request as an urgent matter and grant Petitioner Writ of Mandamus, to have U.S. District Judge to review Petitioner's request, and issue an order for not remanding and allow Petitioner to re-open/ re-instate Petitioner's case ASAP due to the medical reason among other described above,** within a specified period not to exceed 30 days maximum?

## V.     JURISDICTION & VENUE

41.     The Fifth Circuit Court has jurisdiction over these action under U.S. Federal Rule 28 U.S.C. § 1361, Judicial Proceedings, All Writs Act 28 U.S.C. § 1651, and the Administrative Procedure Act ("APA") 5 U.S.C. § 702, 706, an exclusive jurisdiction over mandamus petition to compel agency action unreasonably remanded.

42.     The Fifth Circuit Court was granted original jurisdiction to hear actions in the nature of a petition for a writ of mandamus seeking to compel a U.S. District Judge, officers, or employee of the United States to perform a duty owed to the Petitioner, especially to correcting the arbitraries, and unreasonable agency decision where no fairness, or proper judgments provided to Petitioner's request, for the right to seek judicial review, and justice. As a result, Petitioner's case has also invoked numerous federal offenses, which the U.S. District Court predicated jurisdiction over its administrative proceeding on: 18 U.S.C § 157 – Bankruptcy Fraud; Loss Mitigation Procedure, and the Truth In Lending Act (TILA); U.S.C § 1005 § 1006 - Bank entries, reports and transactions frauds; 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law; 18 U.S.C. §1341 - Elements of Mail Fraud; 18 U.S.C § 1030 - Fraud and related activity in connection with

computers; 18 U.S.C § 1028 - Fraud and related activity in connection with identification documents, authentication features; 18 U.S.C. § 2017 – Concealment, removal or mutilation; 18 U.S.C. § 1519 - Destruction, alteration, or falsification of records; 18 U.S.C. § 371 – Conspiracy Against Rights; 18 U.S.C. § 373 – Illegal Solicitation, in relation to the Federal Tort Claim Act (FTCA);

## VI.    RELEVANT FACTS

**43.**    July 2022, a former attorney, Tammy Tran assisted Petitioner investigate and file a lawsuit against the Defendant, JP Morgan Chase Bank N.A. ("Chase"), indicted Chase for violate the Deceptive Trade Practice Act (DTPA), breach contract, and committed frauds (**exhibit #** _8_ ).

**44.**    About 2 weeks later, on early August 2022, Chase insider fraud requested a paid-off quote of Petitioner's home mortgage fraudulently. Following with, Chase together with the perpetrators abuse the U.S. Postal System changed Petitioner's mortgage mailing address, and **FRAUDUENTLY file a "foreclosure/ bankruptcy" against Petitioner's home mortgage, while Petitioner has not paid late nor missed a single payment since day 1 signed a loan note with Chase in November 2016** (exhibit # _9_ ).

**45.**    On November 20, 2022, Petitioner was struck by a car—a car crash that involved the arrangement matters occurred to Petitioner, at an approximately 200 FT from the attorney's home office, about 3 hours after Petitioner signed off a former cause of 4:24-cv-01231, that intrinsically linked to the case. Additionally, due to the massive retaliation of Mr. Daniel Fleming [15] and his people, attorney Tammy Tran has refused to continue assisting Petitioner since, regardless the Defendant's Assistant VP General Counsel, Ms. Tilia O. has been processed Petitioner's case to their Litigation Department around end of 2022.

**46.**    On about June 2023, when **(e)** Petitioner urgently Pro-Se has tried to resolve the cause with an Amended Petition, mistakenly enclosed the criminal and civil codes together..., along the exhibits of the Defendant's illegal acts of **FRAUDULENTLY** changed Petitioner's mailing address, **FRAUDULENTLY** filed "foreclosure & bankruptcy..." against Petitioner's home mortgage on early August 2022 (**exhibit # 4**), while Petitioner **did not pay late, nor miss a single payment,** since day one signed the loan note, etc..

---

[15]  Cause No. 2022-76347, a former cause of Civil Action No. 4:24-cv-01231, against Daniel Fleming & CITGO Petroleum Corporation.

47.     Subsequently, Chase's "Outside Counsel", Ms. Farrah Najmuddin Lang **prayed to the Judge order for Petitioner to "REPLEAD" the petition**, but when Petitioner responded to the Counsel for an extension of time seeking a new counsel, with enclosed the discovery of Chase's insider fraud involved in Petitioner's arranged car crash, **Ms. Farrah Lang outrageously turned around & used the 91A Rule, sought the Judge to dismiss "Chase" from Petitioner's cause. Erratically, **when** Petitioner removed the case to federal, Ms. Farrah then engaged in the Judicial Misconduct, conspired with the perpetrators defrauded the U.S. Postal Mail System to dismissed Petitioner's cause at the District Court, etc..

48.     On about October 2023, Petitioner also discovered a major **"frauds on Court"**, and the **judicial misconduct** matters have been occurred to Petitioner at the District Court of Harris County, Texas; whereas Petitioner's related petitions, motions, exhibits, and affidavit being swapped with fraud contents. With that in place, the Marilyn Burgess District Court of Harris County, Texas engaged in the Judicial Misconduct, on inducing multiple platforms to house different versions of legal documents. One platform houses the "real" legal documents that Petitioner created and filed in-person, another platform was designed to house the **FRAUD legal content** that the perpetrators / racketeers ("PERP") manipulated and created, to support their fraud schemes. Their purpose was not only to dismiss the chances Petitioner seeking the legal counsel, but also to **defraud the Judge, defraud the justice system of the United States, whereas such outrageous misconduct is the CRIMINAL OFFENSE.**

49.     On October 26, 2023, Petitioner reported to FBI Agent Rush. On November 17,2023, Petitioner has reported the frauds, and abusive misused of Petitioner's identity matters occurred to Petitioner at the Social Security Administration Office to FBI Special Agent J.O., as well as following up with the matters of Petitioner Dad's Parkinson Disease medication being swapped, and Petitioner was sexually assaulted by the perpetrators...

50.     On December 14, 2023, Petitioner has tried to follow up with Petitioner's case, but Petitioner was defrauded by a Security Guard named David on the front of FBI Building, who stated that FBI Office was closed to public. Petitioner drove to U.S. Marshall Services to obtain assistance, U.S. Marshall Office called FBI, and FBI did not close to public, whereas US Marshall Admin advised Petitioner to come back on December 15th.

51.     However, when Petitioner came on the 15th, Petitioner was "road-blocked" by multiple Security Guards on the front of FBI Building, including a Houston Police Officer Johnson came and threaten

Petitioner that, if Petitioner come back to FBI Building again, she will "arrest" Petitioner for trespass. In addition, Mr. Howard Roxell, who also came to the Visitor Parking Lot, represented to Petitioner that, he's an FBI Agent, and told Petitioner that, "you are done with FBI.

52.     Following that, around March 2024, Petitioner remove Petitioner's case to federal, in urgent to also response to the court dates that has been set at the District Court, along with reason seeking for extension of time finding a new counsel. U.S. District Court Clerk engaged in some judicial misconduct matter, and assigned a false Civil Action No. of "4:24-cv-01230" for Petitioner. Whereas this Civil Action No. had already existed and assigned to someone in the previous year. In which did not line up with **the civil administrative system guidelines for U.S. District Court across the country, each Civil Action created within the U.S. District Court Database have to be unique**.

53.     Additionally, U.S. District Judge remanded Petitioner's case back to the state, which has also appeared to be based on the "**fraud court materials**". In which potential would invoke the judicial misconducts if these matters were not rectified. Typically, Petitioner's statements of addressing the federal offense matters and diversity were not factored into the consideration of not remanding Petitioner's case.

54.     As a result of Petitioner has exhausted all administrative remedy, including the local law enforcements, as well as drove all the way to Washington, DC seeking for help from the United State Secret Services (USSS), especially when U.S. District Judge remanded Petitioner's case to the state District Court of Harris County, while the state court has no jurisdiction over Petitioner's matters. Especially the state Court engaged in the Judicial Misconduct, and involved in Petitioner's case. Petitioner's case has been aggravating more damages, resulted from the perpetrator' expansion to a broader fraud scheme as described below, who was also supported by the District Court, including the arbitration, numerous federal offenses on abusing the innocent citizen, with the support from the court insider fraud & racketeer corruption.

55.     On the top of that, in November 2022, when Petitioner was away from home schooling, and tried to email attorney, Tammy Tran address the timeline and the matters of prosecuting the Defendant, once again, the **Defendant insider fraud also coordinated with the perpetrator to block Petitioner from communicating with the attorney** (exhibit # _10_ ). The matter was also circumvented the fact that the Defendant's insider fraud was not only engaged in the illegal solicitation with the perpetrator, on destroying

Petitioner's 21 years dream for becoming a Longhorn— to be able to come to the University of Texas, Austin, TX, but also retaliated against Petitioner, pursuant to 18 U.S.C. § 1513 - Retaliating against a witness, victim, or an informant.

56.     Erratically, around January 2024, when Petitioner followed up with Petitioner's Mortgage Assistance options, the Defendant insider fraud programmatically coded its system to have the local Banker called their insider fraud's line, such as Ms. Tanashia Williams—who was a perpetrator member, and have involved in abusing Petitioner's home mortgage since 2021.

57.     Over and above that, regardless Petitioner addressed the fraudulent "foreclose/bankruptcy..." to Chase's General Counsel in December 2022 (**exhibit #** _11_ ), the illegal actions still repeatedly incurred non-stopped. Once again, these perpetrators also filed another "**foreclosure and bankruptcy**" against Petitioner's home mortgage on early August 2023 (**exhibit #** _12_ ).

58.     If it was not all, around the end of the first quarter of 2024, these perpetrators together with Dependent's insider fraud arbitrary performed a loan modification to Petitioner's home mortgage, generated a second Mortgage Account No., to supply their fraud scheme on stealing Petitioner's home.

59.     Especially, they have also brought in a fraud representation of being Petitioner's Agent/ Counsel, to process the illegal transactions against Petitioner home mortgage **repeatedly and fraudulently, including cashing out about $30,000.00 from Petitioner's home equity.**

60.     Additionally, on about early April 2024, the perpetrators also used the mind-control program to track Petitioner's activity, and where Petitioner was about, to block Petitioner from making mortgage payment via a random phone line that Petitioner's borrowed, to purposely placing Petitioner's home on a foreclosure stage, to sell Petitioner's homestead.

61.     Most importantly, together with the Dependent's insider fraud, **these perpetrators also reported that Petitioner's was deceased at Chase Bank,** blocked Petitioner from making mortgage payments, resulted about **a dozen of mortgage payment transactions bounced back with "fatal" messages,** whereas perpetrator has also recorded that Petitioner was die.

62.     Nevertheless, their outrageous actions were not only resulted Petitioner from having difficulties on receiving the assistance from most of Chase's local branches during the time, but also **purposely placing Petitioner's home on foreclosure stage.** Following with, opening Petitioner's homestead to show to the

potential buyers in April 2024 while Petitioner was out of town. Subsequently, they sole Petitioner's homestead fraudulently in June 2024 (**exhibit #** __13__ ).

63.    Furthermore, these perpetrators coordinated with the Defendant's insider fraud, who was not only **coming to the local branch to handling Petitioner's business transactions, including setting Petitioner up to commit the federal crime**, but also programing on Petitioner's mortgage account to call their numbers, which was referred as Chase's "internal number", . There're instances when Petitioner needing help with Petitioner's mortgage assistance issue at the local Chase branches, Petitioner was refused to be assisted by a "real" Chase Mortgage Specialist & Relationship Managers, and could only be transferred to the Dependent's insider frauds.

64. .   Especially Petitioner was assigned with at least 2 Mortgage Relationship Managers: · ·
_____ . · ·, who was based in United States, as well as a recent manager named, Iris Champ Boca, who based in Philippine, whereas there were numerous times Petitioner borrowed the local Chase LAN lines to call these Relationship Managers, but none of the attempts could reach their availabilities. Outrageously, Petitioner's homestead was in Texas time zone, but the Relationship Manager assigned to ·Petitioner's case was in Philippines whereas Petitioner's daytime is a night time in Philippines.

65.    Especially, these insider frauds represented themselves to Petitioner as Chase "Executive Specialist" in "Escalation Department" handle Petitioner's matters. Furthermore, these perpetrators also used the experimentation program to track Petitioner down to the local Chase Branches, to **redirect Petitioner's phone calls from Chase's LAN line to the Defendant insider fraud**, such as: Tanashia William, Angela, Vick Bush, Heather, David Grace, etc., to continuing providing Petitioner fraud information, to support their fraud schemes, as well as support the perpetrators on continuing to use Petitioner as a lab-rat, defraud Petitioner's home mortgage, and steal Petitioner's homestead.

67.    Additionally, in April 2024, these perpetrators have been non-stopped defrauding Petitioner's U.S. Postal Mails, stole Petitioner's real mail communications from Chase Home Lending, including swapping the FedEx Packet from Chase's Assistant VP General Counsel, Mr. Ted Swiecichowski that was delivered to the front door of Petitioner's home, with a fraud Forbearance Agreement Packet.

68.    If it was not all, around May 2024, the Defendant insider fraud coordinated with the perpetrator also created the fraud bank statements, fraud letter requesting Petitioner deposit fund in previous years. As well as they coordinated with Chase's insider fraud to create fraud foreclosure letters, fraud Mortgage Assistance Forbearance Agreements, as well as fraud letters requesting Petitioner making mortgage

payment, to send as well as hand-delivered to Petitioner at the local branches, etc..

**69.** Furthermore, on about April 2024, Petitioner has addressed some of these ongoing abuses of Petitioner was being used as a lab-rat, in relation to Chase's insider fraud and Petitioner's home mortgage, to the Defendant's Assistance VP General Counsel, Mr. Ted Swiecichowski verbally. On May 1, 2024. **Mr. Ted Swiecichowski provided Petitioner a cheap offer to release the claim against Chase**. Petitioner have denied his offer and negotiated Petitioner's price (**exhibit #** _14_ ). Shortly after, Mr. Ted S. transferred Petitioner's case to "some"** Chase Executive officer, who represented himself to Petitioner as, David Grace, Chase "Executive Specialist". Especially, Mr. Grace has a similar voice of tongue with a Benefit Payment Control Specialist, Mr. Sam at the Texas Workforce Commission, whom Petitioner was once had spoken with in March 2022, when Petitioner reached out for help with Petitioner's identity being abused by the theft to obtain the unemployment benefits.

**70.** Strangely, Mr. Ted Swiecichowski refused to provide a specific contact point and job title of Mr. David Grace to Petitioner, besides Petitioner was provided with a generic email, and Mr. Grace's phone number. Additionally, around the time, Mr. Ted S. was also refused to provide the name of Chase's outside Counsel to Petitioner, when Petitioner learned that the currently Outside Counsel, Ms. Farrah Najmuddin Lang committed fraud. Following that, when Petitioner was continued being directed to work with Chase's Outside Counsel who engaged in frauds by Mr. David Grace, regardless Petitioner addressed to him that, Chase's Outside Counsel, has engaged in committing fraud, federal offense of abusing the Postal System of the United States.

**71.** With that in place, Petitioner took an initiative to continue serving Petitioner's legal paperwork's to Chase Assistant VP General Counsel in Home Lending, Mr. Ted Swiecichowski per his initial instruction to Petitioner in April 2024, with an accommodation of a local Branch Manager's present. Following that, Petitioner received a very generic letter for instruction to work with Chase's Outside Counsel, who based in Dallas, TX, _____ Law Firm without any signatures from Chase Executive Office, or who has been sent this letter to Petitioner. Whereas this also appeared as another major fraud scheme of the perpetrators. As a result, Petitioner has requested to have the letter of changing Chase Representatives and legal Counsel come from the Assistant VP General Counsel, Mr. Ted Swiecichowski, but Petitioner has not ever received one.

**72.** Whereas, Petitioner do not have resource nor knowledge to find out if this "Outside Counsel", was another fraud Counsel? Regardless, Petitioner has driven and take a long walk to Chase Headquarter in New York for assistance, but once again, the perpetrator has been used Petitioner's P.I.I. and the tracking

device implanted inside Petitioner, coordinated with Chase insider fraud, to continued feeding fraud information to the local Chase Branch Banker at the Headquarter Office, to once again asking Petitioner to work with the same "Outside Counsel", Lewis William Lance, from QSLWM, https://qslwm.com, located at 2001 Bryan Street, Suite 1800 Dallas, Texas 75201.

73.    As a result of the massive retaliation, incarceration and abuse of the perpetrators, on the top of racketeer corruptions, Petitioner's case has not been properly resolved, resulted the Defendant's insider fraud and the perpetrators expanded their fraud scheme to a larger scale, which has been aggravated more damages and personal injuries for Petitioner, and invoked numerous federal offenses, including aggravated identity theft, pursuant to 18 U.S.C § 1028 & 1028A - Fraud and related activity in connection with identification documents, authentication features, and information.

74.    Most importantly, on November 1, 2024, Petitioner went to the local Chase Branch to obtain assistance on faxing Petitioner's Mortgage Assistance Application to Chase Home Lending, which was consisted of _____ pages (**exhibit #** _15_ ), as well as when Petitioner sent an updated packet via Certified Mail to Chase, enclosed with the copies of Petitioner's Driver License, located next to Petitioner's signature on Petitioner's Affidavit (**exhibit #** _16_ ). These perpetrators and Chase' insider fraud coordinated with each other **to cover Petitioner's face on a copied Driver License with a "black box"** (**exhibit #** _17_ ) when providing a copy to Petitioner, etc.. This was the same thing, they have also done to Petitioner at State Farm—Plaintiff's home and auto insurance carrier, etc..

75.    Over and above that, around January 2025, the Defendant insider fraud responded to Petitioner's Mortgage Assistance Application with fraud materials, where these perpetrators stole Petitioner mail and issued their fraud letters. When Petitioner came to the branch to extract these document in-person, Petitioner was provided a similar document with differences, in which the similar to the fraud Agreement that Petitioner received in 2024, in which was still out of compliant according to the law. Whereas Petitioner was once had in-person handed a Standard Forbearance Agreements from HUD to the local Chase Branch Manager, to fax to their Assistance VP General Counsel, Mr. Ted Swiecichowski in April 2024, to assist Petitioner complete a proper financial transaction according to the laws. However, none of these matters have been rectified, to not only assisting Petitioner, but also assisting their corporate staying compliant with the laws.

76.    In April 2025, Petitioner's friends assisting Petitioner reviewed the matters, as well as communicated with Chase Home Lending, and Petitioner **was informed that, it's looked like Petitioner's Forbearance Agreements has not ever been truly recorded in Chase's Mortgage System**. These

matters also circumvented the fact that, **the only one known mortgage account to Petitioner was having with Chase since day one signed a contract with Chase in November 2016 ending with _____, has been fraudulently modified through a Loan Modification transaction in 2024, without Petitioner's consent to yield a different Mortgage Loan Number ending with _____, to purposely defraud Petitioner**, to also support the  perpetrators/ racketeer corruption on stealing Petitioner's homestead valued in ~ $1,000,000.00.

**77.**     Especially, **they (Chase insider fraud & perpetrators) attached this new mortgage account number to a fraud second Social Security Number that the Social Security Administration (SSA) was once had conspired with the perpetrators/ racketeer corruption fraudulently issued/ created for Petitioner without Petitioner's consent in November 15, 2023** [16]. Whereas, the Chase insider fraud has withheld information to defraud Petitioner. Resulted Petitioner could not be convinced, and have been tried to continue borrowed money, cutting down my budgets and expenses, including living inside my car to maintain the monthly mortgage payment of $1,740.80 per month until February 2025.

**78.**     Most importantly, these matters were not only raising the numerous doubts and false for Petitioner, but also for almost every single person Petitioner shared the matters with, including Chase Bank Teller. Especially this was also lined up with the reasons, Petitioner kept receiving letter asking for "sending mortgage payment" right away, regardless Petitioner was once again approved for a Mortgage Assistance with Forbearance Option on February 2025, with once again the same out of compliant **Forbearance Agreement issued to Petitioner** (exhibit # _18_ ). On the top of Petitioner still experienced with receiving numerous fraud mortgage assistance letters from these perpetrators, who were still coordinated with the U.S. Postal Worker to compromise and abuse Petitioner's U.S. Postal mails, as of present.

**79.**     According to Texas Laws, Mortgage Lender has a right to foreclosure Petitioner's home at the 120 days. With this in place, if Petitioner's approval Mortgage Assistance Application with the Forbearance of making a $100.00 per months (**exhibit # _19_** ), truly have not recorded within JP Morgan Chase Bank N.A. Home Lending System, Chase has a right to foreclosure Petitioner's Homestead after June 10, 2025, similar to the Chase insider fraud conspired with these perpetrators have been done to Petitioner on April 2024 **FRAUDULENTLY**.

**80.**     If it was not all, willfully as conscious and recklessly to support the perpetrator's evil motives, the

---

[16] Petitioner has been prosecuting SSA within Civil Action No. 4:24-cv-0997 for violated Petitioner's Civil Rights, engaging in frauds and arbitrary withheld the information, including calling the Security Guard to escort Petitioner off the premises when Petitioner pointed out their fraud/ internal affair and sought for assistance on rectify the matters, etc., whereas Petitioner has prosecuted within Civil Action No. 4:24-cv-01997.

**Chase insider fraud together with the perpetrators brought in a counsel, Kendal Yow also from QSLWM [17], to fraudulently represented Petitioner,** while Petitioner has not ever contacted her, nor her law firm. Petitioner has been Pro-Se since around early 2023, when a former attorney Tammy Tran withdraw, shut down on assisting Petitioner right after an arranged car crash occurred to Petitioner at an approximate 200 FT from her home office on November 20, 2022; in which was also consisted the factor connecting to Chase insider fraud & the perpetrators that Petitioner mentioned above.

81.    Through the recent discoveries, the **Chase insider fraud together with the perpetrators was once again misused of Petitioner's identity, and fraudulently requested for a paid-off quote on Petitioner's home mortgage on June 29, 2025.** Following with, they processed and "Reinstatement Loan" document, and withheld this information from Petitioner, until after Petitioner filed a Writ of Mandamus, seeking the U.S. District Judge compel to Petitioner previous motion on an EX-PARTE Order to stop fraudulent foreclosure, as well as Petitioner personally repeatedly come to the local Chase Branch fought for Petitioner's rights.

82.    Whereas since July 13, 2025, multiple Chase Mortgage Home Lending Specialists, as well as some Executive Office Specialist named, Emma, Carlos, Claudia, etc. **arbitrary refused to provide the status of Petitioner's Mortgage Assistance Forbearance Plan Extension Request, but stated that, they can only communicate with Petitioner's attorney, while Petitioner has been temporarily Pro-Se,** has not yet able to find an attorney due to the massive retaliation, incarceration and abuses of the perpetrators/ racketeer corruptions. When Petitioner addressed the issue of their Executive Officer's arbitrary in the regards will subject Chase for violate the law. Shortly after that, Petitioner started to received FedEx Packets from attorney Kendal Yow almost every single day—sending Petitioner's previous communications from Chase whereabouts Petitioner was supposed to receive in the prior months. In which it was also come to Petitioner's acknowledgement that attorney Kendal Yow also conspired with the perpetrators, engaged in frauds, etc..

83.    Furthermore, on the recent approved Mortgage Assistance Forbearance Plan that Petitioner has applied for, the Chase has extended the previous approval for another 3 months, August, September and October 2025. However, the Forbearance Agreement that Petitioner has been requested was slightly difference than the previous two that Petitioner has received. **Specifically, for these 3 months, Petitioner was not allowed to make my payment at the local branches, but Petitioner has to mail the $100.00**

---

[17]  Kendal Yow from QSLWM www.qslwm.com Bryan Tower * 2001 Bryan St. Suite 1800 Dallas, TX 75201, Phone: 214.871.2100, Fax: 214.871.2111

**payment to JP Morgan Chase Bank's Payoff Service Department in Columbus, Ohio, mailing address: "Chase * Attn: DRA * Mail Code OH4-7126 * 3415 Vision Drive * Columbus, OH 43219**.

84.     With all of the aggravations of damages, "fishy/unclear" business transaction and outrageous conducts non-stopped occurred to Petitioner without any proper resolutions, nor Petitioner could able to identify whether, **Mr. Ted Swiecichowski who Petitioner has been speaking with since July 2025 truly is a real Chase's Assistance VP General Counsel, or another fraud scheme of the perpetrator, besides could only trust the local Banker / Branch Manager through their internal authentication, regardless his voice and professionalism was appeared not the same as a VP that Petitioner was once had spoken with in April 2024.**

85.     On the top of U.S. District Judge kept remanding Petitioner's case to the state District Court. Whereas, Petitioner could only hope with the Court intervention, through the hearing and jury trial with a proper adjudication to review the wrongdoings and those Chase's insider fraud, to properly resolve Petitioner's case, and grant Petitioner a fair judgement to seeking redress for the damages caused during the alleged criminal acts, which has been occurred to Petitioner since 2019.

86.     Furthermore, Chase employee's misconducts on engaging in the Conspiracy Against Rights, and the Illegal Solicitation with the perpetrator to abusing Petitioner, violating Petitioner's Civil Rights and Human Rights, has been constituted to effectuate and aggravate more damages to Petitioner's body, including suffering with a handful of health issues, especially an irreparable damage of some Heart Failure Stage 4 that remaining untreated as of present.

87.     Therefore, Petitioner hold Chase accountable for its engagement as well as it employee's outrageous misconduct and illegal acts described above, to seeking U.S. District Judge to grant Petitioner an **EX-PARTE Order to stop fraudulent foreclosure, arbitrary abuse Petitioner's identity and home mortgage, to support the perpetrator's fraud scheme on stealing Petitioner's home; as well as to enforce JP Morgan Chase Bank, to issue a proper Mortgage Assistance Forbearance Agreement to Petitioner, according to the laws, and properly record Petitioner's all of the mortgage payments into the real Chase's Home Lending Mortgage System.**

88.     If it was not all, there're much more of the abusive and wrongdoings have been occurring to Petitioner throughout these years at the different local Chase branches throughout the United States, including repeatedly treating Petitioner as a "Second Class Citizen"/ a fraud scum when Petitioner try to withdraw money, etc.. Whereas Petitioner could not include all of these counts against Chase, due to the

limited amount of words that Petitioner was allowed to have within this petition. However, Petitioner has been prosecuted and dictated the details within the 2nd Amended Petition, filed on *October*_____, 2025 at the U.S. District Court, Document No. _____ (**exhibit #** *2* ).

## VII.    CAUSE OF ACTIONS

**89.**    Furthermore, as a result, Petitioner's civil case has been effectuated to various federal offenses, including the Federal Tort Claim Act, especially Petitioner has already exhausted all local enforcements, such as: Harris County Constable Precinct 5 (HCCP5), to the state—the Department of Public Safety (DPS), including their Criminal Investigation Division (CID) Agents, and the Federal Bureau of Investigation (FBI), the United State Secret Service in Washington, DC, and U.S. Attorney Offices.

**90.**    Additionally, the DPS Chief was once has advised Petitioner to also seeking for assistance from a Civil Attorney, as well as the District Attorney Lt. William of the Harris County, Texas. On the top of that, Petitioner was constantly being retaliated when seeking for the counsel, being cybercrime attacked/ cyber-bullied—blocked from finding a real attorney to assist, being fed with fraud attorney's website, received fraud attorney's response, being outrageously escorted out of the law firm, being called the police to arrest Petitioner, etc..

**91.**    Especially, Petitioner was also <u>**being retaliated at a former attorney's office whom Petitioner paid $50,000.00 for the legal service fees**</u>, whereas the Chase was once also involved in blocking Petitioner from communicating with Petitioner's former attorney (**exhibit #** *10* ). Furthermore, Petitioner is still having an English language barrier and lacking knowledge in the laws, whereas Petitioner was unable to cite the proper basic in law and fact to comply with the Federal Civil Procedure. <u>**Besides, Petitioner could only know to cite the below criminal codes within this doctrine temporarily in the meantime. As soon as Petitioner can find an attorney to assist, an attorney will replead the petition to including the basic in law and facts, to seeking redress for the damages caused to Petitioner during the alleged criminal act**</u>.

**92.    COUNT 1 --** 18 U.S.C § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information.

**93. COUNT 2 --** 18 U.S.C § 1028A - Aggravated identity theft

**94. COUNT 3 --** 18 U.S.C. § 157 - Bankruptcy Fraud.

**95. COUNT 4 --** 18 U.S.C. §1341 - Elements of Mail Fraud

**96. COUNT 5 --** Loss Mitigation Procedure

**97. COUNT 6 --** Truth in Lending Act (TILA)

**98. COUNT 7 --** 18 U.S.C § 1005 § 1006 - Bank entries, reports and transactions frauds

**99. COUNT 8 --** 18 U.S.C. § 1513 - Retaliating against a witness, victim, or an informant.

**100.    COUNT 9 --** 28 U.S.C. § 1346 – Federal Tort Claim Act

**101.    COUNT 10 --** 18 U.S.C. § 1519 - Destruction, alteration, or falsification of records

**102.    COUNT 11 --** 18 U.S.C. § 242 – Deprivation of Rights Under Color of Laws

**103.    COUNT 12 --** 18 U.S.C § 1030 - Fraud and related activity in connection with computers

**104.    COUNT 13 --** 18 U.S.C. § 371 – Conspiracy Against Rights

**105.    COUNT 14 --** 18 U.S.C. § 373 – Illegal Solicitation

**106.    COUNT 15 --** Negligence Emotional Infliction and Distress.

**107.**    Additionally, JP Morgan Chase Bank N.A.'s insider fraud also conspired with the perpetrators on conducting the following illegal acts such as: (i) involved in fraudulently filed Petitioner was deceased, triggered Petitioner's numerous of the mortgage payments bounced back with a "fatal" message; (ii) blocked Petitioner from making mortgage payments, to purposely place Petitioner's homestead on foreclosure; (iii) fraudulently enrolled Petitioner into an army role; (iv) involved in causing an assault against Petitioner through a car crash occurred to Petitioner on November 20, 2022[18].

**108.**    Most importantly, Chase insider fraud also conspired with the perpetrator/ racketeer corruption to using the neuroscience program that implemented in Petitioner, behavioral modification & a total mind control of a human body, to attack Petitioner after Petitioner fall asleep to swap court evidences, as well as to criminological incriminated setting up Petitioner for committing frauds, aiming to falsify the facts of Chase insider fraud misused of Petitioner's identity to commit the financial fraud, and violated numerous

---

[18] An arranged car crash that was involved the arrangement matters and at least 3 police officers, and a perpetrator member, Joshua Wilson, who was being prosecuted within Civil Action No. 4:24-cv-01231.

federal offenses in relation to 18 U.S.C § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information, as well as, the 18 U.S.C § 1028A - Aggravated identity theft, by covering Petitioner's face on a copied Driver License with a "black box".

## VIII.    CONCLUSION & PRAYER

**109.**    Petitioner was used to be a working-hard professional, whose annual income was more than $100,000.00; especially, <u>Petitioner had been served the community for many years through the charities, and volunteering works, including volunteering on Petitioner's birthday, regardless Petitioner has been living with hip pain for more than a decade</u>. But Petitioner was purposely subjected for becoming disabled, physically incompetent, to an extend Petitioner could not freely do the house-chores without chest pain, caused more exertion to the heart, could not pull the string of a trimmer, could not multi-tasking nor cognitively complete the medical report, legal document, etc. in a timely manner[19], could not sit eating a normal meal, could not freely eat 3 meals a day, etc., is the matter Petitioner seeking for the Court's intervention. As a result, JP Morgan Chase Bank N.A. involved in Petitioner's causes, allowed its employees to engaged in the illegal solicitation and conspiracy against rights with the perpetrators, to indirectly supporting the perpetrator/racketeer corruption's ongoing incarcerating and abusing Petitioner. Whereas Chase also hold a major part in constituting to Petitioner's irreparable damages.

**110.**    With these described above, to wit <u>a federal agency cannot arbitrary, indefinitely evade the federal court review of an in-house administrative adjudication, consisted the potential/ intentional judicial defects, reviewed/ ruled on a fraud motion/ fraud petition, frauds on court matters, the corruption, outrageous misconduct and abuses occurred to Petitioner at JP Morgan Chase Bank N.A. by simply refusing to adjudicate Petitioner's case with a remanding order to the State Court,</u> the District Court of Harris County, Texas—whom was no longer have jurisdiction over Petitioner's matter. Especially through the recent wrongful arrested Petitioner on March 10, 2025, in which also contained factor for <u>deriving an exclusion and disqualification the state District Court of Harris County from applying its jurisdiction or any statutory duty to adjudicate Petitioner's case.</u>

**111.**    Furthermore, District Judicial staffs, local law enforcements involved in <u>defaming Petitioner having mental illness, "mental health consumer" person,</u> when Petitioner reported the outrageous misconducts and the alleged crimes of multiple Chase's employees conspired to setting Petitioner up for

---

[19]  On a regular essay or report that took Petitioner 2 days to complete, it's now taken Petitioner about 1-2 months...

coming a federal crime of a $10,000.000 forgery withdrawal claim, was appeared as a gross negligence, an excuse for a massive civil wrong, that has also aggravated this case to various federal offenses, including the Federal Tort Claim Act.

112.    Whereas, the U.S. District Court for Southern District of Texas clearly abused its discretion, when it found the its judicial staffs engaged in the illegal solicitation with the perpetrators/ racketeer corruption— who were also conspired with JP Morgan Chase Bank, to misusing Petitioner's identity, **arbitrary abusing an innocent citizen—Chase's customer's mortgage loan, to repeatedly and fraudulently filing "foreclosure/ bankruptcy…" against Petitioner's home, trespassing into Petitioner's homestead to open Petitioner's home to show to the potential buyers while Petitioner was not home, following with fraudulently sold Petitioner's homestead in June 2024, to willfully as conscious and recklessly supported the perpetrator's evil motives on stealing Petitioner's homestead valued ~ $1,000,000.00, etc..**

113.    For the reasons set forth above, it's clearly indicated that Petition's civil case has been transitioned into criminal during the alleged crimes. In which was consisted numerous elements of the White Color Crime, per U.S. Marshall Investigator has commented. Whereabouts, remanding Petitioner's case to the State District Court circumvented the fact that, U.S. District Judge Alfred H. Bennett has gone in flouting their own rules, and evading its constitutional and statutory duty to adjudicate Petitioner's case. Therefore, Petitioner respectfully request this Court issue a writ of mandamus to the U.S. District Court, ordering the U.S. District Judge to:

a.  vacate its previous judgments, and not remanding Petitioner's case to the state District Court of Harris County of Texas;

b.  re-open/ re-instate Petitioner's case extended discoveries in relation to the Federal Tort Claim Act, among various federal offenses;

c.  **re-construct / re-create a PROPER CASE ASSIGNMENT NUMBER for Petitioner's Civil Action No. 4:24-cv-01230, within the "REAL" U.S. District Court System;**

d.  granting Petitioner, a recusal/ changing Judge-- **assigning Petitioner case to a non-African American Judge, outside of Judge Alfred Bennett's authority;**

e.  providing Petitioner, a hearing in-person, so that Petitioner can represent Petitioner's matters for a proper adjudication reviewing;

✓ **f.** granting Petitioner an EX-PARTE ORDER per Petitioner requested within the _____ Amended Petition, Document No. _____ . Thereof, Petitioner also enclosed an EX-PARTE motion, documented on page # _____, *to stop fraudulent foreclosure on Petitioner's homestead.*

Respectfully Submitted,

_____
Petitioner, **Van Thi-Hanh Trinh, Pro Se** (Temporarily)

**Monday Oct 6, 2025 @ 12:29 p.m.**
Date & Time Signed

**Address:** 16903 Himley Drive, Cypress, Texas 77433

**NOTE:** Petitioner is a victim of Human Rights Abuses, being used as a lab-rat **ILLEGALLY** for bio-engineering experimentation on neuroscience, etc., including becoming a victim of identity theft, **massive frauds** [20], and crime—a target for perpetrator's human hunting business. In which intrinsically linked to the Civil Action No.: 4:24-cv-01230, 4:24-cv-01231, and 4:24-cv-01997, that originated from CITGO—Petitioner's former employer, coordinated with the corrupted local law enforcement, and an abusive Private Investigator, Daniel Fleming—who conspired with the back-end perpetrators to incarcerate and abuse—using Petitioner as a lab-rat for more than 5 years, including arranging for their member, Mr. Ezzy Yusuf family to move into Petitioner's neighborhood and live next-door to Petitioner, to conveniently abusing Petitioner since 2022... Consequently, Petitioner's U.S. Postal Mails, and numerous of phone lines, emails, computers have been compromised—one after another. Therefore, **ALL legal communications** can only be conducted **in-person**, or via **Certified Mail with Restrict Delivery/ Return Receipt.** Whereas Petitioner's Driver License & signature **is required** upon receiving. Please note that, any Counsel represents Petitioner without Petitioner's present in-person is a **FRAUD Counsel, or Counsel engaged in commit frauds.**

_____

[20]  Including there's online resource recorded that Petitioner was represented by an attorney, Kendal Yow from QSLWM, www.qslwm.com Bryan Tower * 2001 Bryan St. Suite 1800 Dallas, TX 75201, Phone: 214.871.2100, Fax: 214.871.2111. In which was a fraud scheme of the perpetrator, as a result perpetrator conspired with attorney Kendal Yow, and JP Morgan Chase Bank insider fraud trying to steal Petitioner's homestead since around 2024. Whereas Petitioner prosecuted within Civil Action No. 4:24-cv-01230.

## IV.    SWORN AFFIDAVIT

In the State of ~~Texas~~ MS, County of ___Harrison___. Before me, ___Patricia L Johnson___ (name of public notary) the undersigned notary, on this day personally appeared ___Van Thi Hanh Trinh___ (name of affiant), the affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

1.    "My name is ___Van Thi-Hanh Trinh___, a U.S. Citizen, a resident of Texas, and resided at my homestead located at, 16903 Himley Dr., Cypress, TX 77433 since November 2016. I am a Plaintiff/ Petitioner of the case. I am competent to make this affidavit, duly sworn, affirm and say that, the facts stated in my petition, motion, exhibits, affidavit, to prosecute the Defendant(s) who engaged in the illegal solicitation, conspiracy against rights, etc., supporting the perpetrators/ racketeer corruptions to incarcerate, and abuse me, use me as a lab-rat **ILLEGALLY** for bio-engineering experimentation on neuro-science/ neuro-weapon actively & abusively since around 2019. In which consisted the factors in relation to the Central Intelligent Agency; the DPS's Criminal Investigation Division Agent, Tarishel West stated that, "only C.I.A. can help" me, etc..

2.    Throughout these years, I've become a target for these perpetrators' human hunting business, **whereas about 95% of them are African American** including those involved in chipping my ears, **"hi-jacking"/ abusing my eyeballs, invading my privacy, arranging for me to be struck by car & trucks, including driving a 17 FT uHaul truck struck my car while I was inside the car, parked & waited for the red light**, racially discriminating against me—let the Defendant's White Caucasian Attorney entering the Court Room early, but did not let me, a yellow skin Asian Minority, a Pro-Se Litigant. Especially, I was constantly being "cyber-incarcerated"—cybercrime attacked/cyber-bullied, electromagnetic cyber-harassed & tortured in the daylights, as well as after I fell asleep to replicate my house keys, medically abuse me—use me as a lab-rat, rape me, swap my Dad's medications & court evidence in my backpack, etc. in relation to the "gang-stalking, mind-controlled and cults". If it was not all, **they also arranged for their member, the Ezzy Yusuf family moved in and lived next-door, to conveniently abused me, freely trespass into my property, cause damages to my property, steal my water while I was out of town, block me from entering my home, etc.**. These perpetrators' been **non-stopped trespassing into my home to perform their heinous crimes**, ritual abuses, damaged my property, swapped my laptop, swapped my soda, pee-ed in my sugar jar, etc.. Especially, they've **fraudulently repeatedly filed "foreclosure/bankruptcy..." against my home mortgage**; opened my home to show to the potential buyers; fraudulently sold my homestead; swapped my petition, motion & affidavit within the Courthouse's Platform to defraud me, retaliate me from finding a counsel, defraud the justice system of United States.

3.    Every single statement of facts I documented within my petitions, motions, exhibits, and affidavits are true and correct to best of my knowledge. **I sign this affidavit, not under duress nor I am mentally ill, like I was labeled, as a result defaming me having "mental illness, mental health consumer person, delusional disordered, psychosis..." IS AN EXCUSE FOR A MASSIVE CIVIL WRONG**. Additionally, if I am truly have "mental illness, mental health consumer person, psychosis, delusional disordered...", there would be **NO NEED** to block me from communicating with an attorney; **NO NEED** to block me from obtaining an online resources on how to create petition, or how to conduct a Federal Tort Claim Act; especially there would be **NO NEED** to compromise numerous of phones and emails—one after another& U.S. Postal Mail; **NO NEED** to wrongfully arrested me on March 10, 2025, on the same day I was supposed to receive a heart assessment result and heart failure treatment; **NO NEED** to conspire with my cardiologist's staff to violate the Medical Codes of Ethics, defraud my self-payments, have me discharged **WRONGFULLY**, while I had abnormal nuclear stress test of "Abnormal anterior perfusion is notes to be fixed... abnormal apical perfusion is notes to be fixed, abnormal Cardiolite Nuclear Stress Test,...Left/Right & external/internal carotid shows intimal thickening,..." in relation to the coronary artery disease, multiple abnormal EKGs, Bradi-Tachycardia Syndrome, etc. and etc..

4.    In addition, I have taken numerous serious oaths throughout the months & years, on numerous of my sworn affidavits, which have been filed at the District Court of Harris County, TX; as well as at the U.S. District Court for Southern District of Texas. Typically, on June 11, 2025, **I have taken numerous serious & deathly oaths in writing and on the front of the Public Notary, that my statement of facts were true and correct to the best of my knowledge, otherwise I will die on June 11, 2025**, on the way driving back home in Cypress, TX, from the U.S. District Court, after I filed my motion (an approximate 1 ½ hours driving). Following with, I was arranged for being struck by 18-Wheeler on June 17th, 18th, 2025. Subsequently, cutting off my tire literally on the inner surface, to subjectively have my tire flatted/ blown up on Highway 290 East, around Breham, TX to purposely have me struck by another 18-Wheeler on June 22, 2025... Furthermore, on September 1, 2021, I, **Van Thi-Hanh Trinh** stood up & raised my hand in tears, on the front of 3 Department of Public Safety (DPS) Criminal Investigating Division Agents: Pace, Lucas, & Tarishel West, that I did not make up any of the matters I have reported to them. If I made up my statement of facts, & the people involved in my case, I will die **INSTANTLY** in a car accident on the way driving back home to Cypress, TX from their offices-- the DPS Region 2 Headquarter, located at 12230 West Rd, Jersey Village, TX 77065, an approximately 30 minutes driving. **I've been living up until today, September 27, 2025 is a testimony to God & everyone.**

5.    Additionally, **UNDER PENALTY OF PERJURY, THE 28 U.S. CODE § 1746** - UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY, I hereby declare and affirm that the above-mentioned statements, as well as the statement of facts within my petitions, motions, affidavits are true and correct to the best of my knowledge. If I made up any of the statement of facts, I deserve for the U.S. Government place me on the Electric Chair and electrocute me."    @ 12: 29 p.m

_Affiant's Signature – VAN THI-HANH TRINH_        _Monday, Oct. 6, 2025_
                                                                                _Date & Time Signed_

**SWORN TO** and **SUBSCRIBED** before me, a Public Notary in and for the state of _____ MS _____, by Van Thi-Hanh Trinh on the ___6th___ day of ___October___, 2025.

OF MISSISSIPPI
NOTARY PUBLIC
ID # 92330
PATRICIA L. JOHNSON
Commission Expires
May 31, 2028
HARRISON COUNTY

_Notary Public Signature_

## 'X.    TABLE OF CONTENT

|     |                                              | PG. |
|-----|----------------------------------------------|-----|
| I.  | STATEMENT REGARDING ORAL ARGUMENT            | 2   |
| II. | STATEMENT OF RELIEF SOUGHT                   | 3   |
| III.| ISSUES PRESENTED & RECUSAL/ CHANGE JUDGE     | 4   |
|     | A.   RECUSAL U.S. DISTRICT JUDGE REQUEST     | 6   |
|     | B.   ADDITIONAL FACTORS FOR NOT REMANDING    | 9   |
| IV. | REASONS THE WRIT SHOULD ISSUE                | 13  |
| V.  | JURISDICTION AND VENUE                       | 15  |
| VI. | RELAVANT FACTS                               | 16  |
| VII.| CAUSE OF ACTIONS                             | 26  |
| VIII.| CONCLUSION & PRAYER                         | 28  |
| IX. | SWORN AFFIDAVIT                              | 31  |
| X.  | TABLE OF CONTENT                             | 32  |
| XI. | CERTIFICATE OF SERVICE                       | 33  |

# CERTIFICATE OF SERVICE

114.     I, Petitioner certify that _by_ October _10_, 2025, a copy of the PETITION FOR THE WRIT OF MANDAMUS _will be_ served to the U.S. District Court [1], addressed to U.S. District Judge as below:

**ATTN:** United States District Judge, Alfred H. Bennett

515 Rusk Avenue - Room 8631

Houston, Texas 77002

by _me in-person delivering / filing to the U. S. District cour docket._

115.     I, Petitioner certify that on _by_ October _10_, 2025, a copy of the PETITION FOR THE WRIT OF MANDAMUS, and Motion Requesting to reopen/ reinstate, EX-PARTE ORDER to stop fraudulent "foreclosure/ bankruptcy", Injunctive Relief, Sworn Affidavit, and the Amended Petition, a total of _62_ pages were served the Defendant, JP Morgan Chase Bank N.A.'s Vice President, Assistant General Counsel, in Home Lending Legal Department by

_____ FedEx

_X_ U.S. Postal Certified Mail

_____ fax

---

[1]  Due to numerous frauds on court matters such as: Petitioner's Amended Petition, motion, exhibit and Sworn Affidavit was being swapped with fraud content by District Court insider fraud, supporting the perpetrator/ racketeer corruption; therefore, Petitioner drove to New Orleans to file this Petition for the Writ of Mandamus in-person to the U.S. Court of Appeal For The Fifth Circuit.* 600 S. Maestri Place, Suite 115 * New Orleans, LA 70130 _first, before serving._